IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2019 SEP 24 AM 11: 40
STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW WEAVER,<br><br>Defendant. | No. 19-CR-141-S<br><br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>(Felon in Possession of a Firearm) |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about September 16, 2019, in the District of Wyoming, the Defendant, **ANDREW WEAVER**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, a Smith and Wesson pistol bearing serial number FXU6162, and the firearm was in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL:

*Ink Signature on File in Clerk's Office*
FOREPERSON

_____
MARK A. KLAASSEN
United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | ANDREW WEAVER |
| **DATE:** | September 24, 2019 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | Yes |
| **OFFENSE/PENALTIES:** | **18 U.S.C. §§ 922(g)(1) and 924(a)(2)** (Felon in Possession of a Firearm)<br><br>0-10 Years Imprisonment<br>Up To $250,000 Fine<br>3 Years Supervised Release<br>$100 Special Assessment |
| **AGENT:** | Matthew T. Wright, ATF |
| **AUSA:** | Stuart S. Healy III, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | More than 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |