Stuart S. Healy III
Wyoming State Bar No. 6-3095
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
stuart.healy@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2019 SEP 24  AM 11: 40

STEPHAN HARRIS, CLERK
CHEYENNE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 19-CR-141-S |
| ANDREW WEAVER, | |
| Defendant. | |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. §§ 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because the case involves the following:

   **A felony involving possession of a firearm (see 18 U.S.C. § 3142(f)(1)(E))**

2. Reason for Detention. The court should detain the Defendant because there are no conditions of release which will reasonably assure:

   **Defendant's appearance as required**
   **Safety of any other person and the community**

3. Rebuttable Presumption. The United States will not invoke the rebuttable presumption against the Defendant under § 3142(e).

4. Time for Detention Hearing. The United States requests the Court conduct the detention hearing:

**After a continuance of three days**

DATED this 24th day of September 2019.

MARK A. KLAASSEN<br>
United States Attorney<br><br>

By: _____<br>
STUART S. HEALY III<br>
Assistant United States Attorney