AO 442 (Rev. 11/11) Arrest Warrant

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2019 SEP 24 PM 4:26
STEPHAN HARRIS, CLERK
CHEYENNE

RECEIVED
U.S. MARSHALS SERVICE
CHEYENNE, WY
2019 SEP 24 AM 11:59

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ANDREW WEAVER | ) | Case No. 19-CR-141-S |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ANDREW WEAVER ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm

Stephan Harris
Clerk

By _____
Deputy Clerk

Date: 09/24/2019

/s/ Nancy D. Freudenthal
*Issuing officer's signature*

City and state: Cheyenne, WY

Nancy D. Freudenthal, United States District Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/24/19 , and the person was arrested on *(date)* 9/24/19
at *(city and state)* Cheyenne, WY .

Date: 9/24/19

_____ , DUSM
*Arresting officer's signature*

Robert MacMaster Deputy US Marshal
*Printed name and title*